IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG MCCARTER,

       Plaintiff,                    No. CIV S-07-1103 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.            <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of November 2, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. The court's findings and recommendations (docket no. 10) are vacated;

       2. Plaintiff's request for an extension of time (docket no. 11) is granted; and

       3. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: March 5, 2008.

                                                        U.S. MAGISTRATE JUDGE

/mp
mcca1103.36