IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG McCARTER,

      Plaintiff,                  No. CIV S-07-1103 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.        <u>ORDER</u>

                            /

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of November 2, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's application for an extension of time (docket no. 13) is granted; and

        2. Plaintiff shall file and serve an amended complaint on or before May 5, 2008. No further extensions of time will be granted.

DATED: April 11, 2008.

                                            U.S. MAGISTRATE JUDGE

1/mp
mcca1103.36sec