IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG MCCARTER,

    Plaintiff,                 No. CIV S-07-1103 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.          ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed November 2, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claims against defendants Curl, Wong and Hawkins. With respect to the other claims and defendants identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted.

/////

1

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1. Service is appropriate for the following defendants: Curl, Wong and Hawkins.

3        2. The Clerk of the Court shall send plaintiff three USM-285 forms, one

4    summons, an instruction sheet and a copy of the amended complaint filed April 21, 2008.

5        3. Within thirty days from the date of this order, plaintiff shall complete the

6    attached Notice of Submission of Documents and submit the following documents to the court:

7            a. The completed Notice of Submission of Documents;

8            b. One completed summons;

9            c. One completed USM-285 form for each defendant listed in number 1

10           above; and

11           d. Four copies of the endorsed amended complaint filed April 21, 2008.

12       4. Plaintiff need not attempt service on defendants and need not request waiver of

13   service. Upon receipt of the above-described documents, the court will direct the United States

14   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15   without payment of costs.

16   DATED: June 17, 2008.

_____
U.S. MAGISTRATE JUDGE

1
mcca1103.1(4.21.08)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG MCCARTER,

      Plaintiff,                                  No. CIV-S-07-1103 FCD KJM P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,          <u>NOTICE OF SUBMISSION</u>

                                                   <u>OF DOCUMENTS</u>

      Defendants.

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          _____      completed summons form

          _____      completed USM-285 forms

          _____      copies of the _____
                                        Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff