IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG MCCARTER,

      Plaintiff,                    No. CIV S-07-1103 FCD KJM P

   vs.

WONG, et al.,

      Defendants.          <u>ORDER</u>

                               /

Plaintiff has requested an extension of time to file a response to the defendants' September 25, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 30) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' September 25, 2008 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

/md
mcca1103.36(2)