IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG McCARTER,

      Plaintiff,                    No. CIV S-07-1103 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.              <u>ORDER</u>

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On September 25, 2008, defendants filed a motion to dismiss. Plaintiff has not filed an opposition to the motion. Good cause appearing, plaintiff will be ordered to file an opposition to the motion to dismiss within thirty days. If plaintiff fails to file an opposition within thirty days, this action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

        Also, plaintiff has asked that this action be transferred to the "Western District." However, there is no "Western District" federal court in California and, in any case, plaintiff has not shown good cause to transfer this case. Therefore, his request will be denied.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition to defendants' September 25, 2008 motion to dismiss within thirty days.

2. Plaintiff's request that this action be transferred to the "Western District" (docket no. 33) is denied.

DATED: April 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1
mcca1103.46