IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MCCARTER, | |
| Plaintiff, | No. CIV S-07-1103 FCD KJM P |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | <u>ORDER AND</u> |
| Defendants. | <u>FINDINGS AND RECOMMENDATIONS</u> |

On April 27, 2009, plaintiff was ordered to file an opposition to the motion to dismiss filed on September 25, 2008 within thirty days. Plaintiff was warned that failure to file an opposition would result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b). Plaintiff has not filed his opposition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The motion to dismiss filed on September 25, 2008 (#23) is denied without prejudice; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 30, 2009.

                                               U.S. MAGISTRATE JUDGE

1
mcca1103.33a